IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SAMUEL MALACHI MARTINEZ, TDCJ No. 01147601, | § § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:18-CV-00105-M |
| GRACE MATHAPATHI, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Motion for Injunctive Relief (ECF No. 2) is **DENIED.**

**SIGNED** this 8th day of August, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE