IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SAMUEL MALACHI MARTINEZ, TDCJ No. 01147601, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:18-cv-00105-M-BP (Consolidated with |
| GRACE MATHAPATHI, *et al.*, | § § | No. 7:18- cv-00145-M-BP) |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on June 24, 2019. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Complaints (ECF Nos. 1, 15) are **DISMISSED** with prejudice.

**SO ORDERED** this 3rd day of July, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE